IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Ochoa, Aurelio | Case Number: 06 B 04576 |
| Ochoa, Patricia | Judge: Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed: 4/25/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 14, 2008
Confirmed: July 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 34,789.46 |  |
| Secured: |  | 30,261.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 881.12 |
| Administrative: |  | 1,780.00 |
| Trustee Fee: |  | 1,866.62 |
| Other Funds: |  | 0.00 |
| Totals: | 34,789.46 | 34,789.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 1,780.00 | 1,780.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 11,055.80 | 8,146.74 |
| 4. | Americredit Financial Ser Inc | Secured | 4,639.63 | 3,399.46 |
| 5. | Nissan Motor Acceptance Corporation | Secured | 5,587.37 | 4,116.92 |
| 6. | CitiMortgage Inc | Secured | 20,321.20 | 14,598.60 |
| 7. | Internal Revenue Service | Priority | 881.12 | 881.12 |
| 8. | Internal Revenue Service | Unsecured | 151.45 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 3,160.54 | 0.00 |
| 10. | Capital One | Unsecured | 1,087.81 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 8,766.21 | 0.00 |
| 12. | Kilpatrick, Lenzo | Unsecured | 1,717.46 | 0.00 |
| 13. | General Motors Acceptance Corp | Unsecured | 4,674.19 | 0.00 |
| 14. | St James Hospital | Unsecured | 1,983.22 | 0.00 |
| 15. | Chase Bank | Unsecured | 2,061.28 | 0.00 |
| 16. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 17. | American General Finance | Unsecured |  | No Claim Filed |
| 18. | American General Finance | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | American General Finance | Unsecured |  | No Claim Filed |
| 21. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 22. | Associates | Unsecured |  | No Claim Filed |
| 23. | American General Finance | Unsecured |  | No Claim Filed |
| 24. | American General Finance | Unsecured |  | No Claim Filed |
| 25. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 26. | Capital One | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ochoa, Aurelio
        Ochoa, Patricia
        Printed: 11/25/08

Case Number:  06 B 04576
Judge:  Goldgar, A. Benjamin
Filed:  4/25/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 30. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 31. | Chase | Unsecured | | No Claim Filed |
| 32. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 33. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | Professional Account Management | Unsecured | | No Claim Filed |
| 36. | SBC | Unsecured | | No Claim Filed |
| | | | $ 67,867.28 | $ 32,922.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 69.67 |
| 5% | 227.67 |
| 4.8% | 389.37 |
| 5.4% | 863.24 |
| 6.5% | 316.67 |
| | $ 1,866.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

